| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | VINCENTE A. TENNERLLI<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

FILED

OCT 02 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ EV
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

                v.

ALEX SANCHEZ, ET AL,

                Defendants.

CASE NO. 1:19-MJ-00185 BAM

ORDER TO UNSEAL COMPLAINT

      This complaint sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

      IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made public record.

DATED: October 2, 2019

_____
Hon. Barbara A. McAulliffe
U.S. MAGISTRATE JUDGE

MOTION TO UNSEAL COMPLAINT       2